UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.S., individually, and on behalf of her minor child, D.S.1,

        *Plaintiffs*,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID C. BANKS, in his official capacity, and the CITY OF NEW YORK,

        *Defendant*.

24-CV-07137 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiffs' Proposed Order to Show Cause ("OSC") seeking a Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendants New York City Department of Education, the Board of Education of the City School District of the City of New York, Chancellor David C. Banks, in his official capacity, and the City of New York, their agents, officers, servants, representatives, and/or employees ordering Defendants to show cause as to why a preliminary injunction should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure to implement the Student's stay-put pendency program. ECF Nos. 4-6. The TRO is hereby **DENIED**.

Plaintiffs are **ORDERED** to serve its request on Defendant by Monday, September 23, 2024. Defendant is **ORDERED** to file a response by Monday, September 30, 2024. Plaintiffs' reply, if any, must be filed by Thursday, October 3, 2024.

The Court will hold a telephonic conference in this action for a preliminary injunction on **Tuesday, October 8, 2024 at 10AM Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** **September 20, 2024**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**