UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

**D.S., individually, and on behalf of her minor child, D.S.1,**

                              *Plaintiff*,                1:24-cv-07137 (ALC)

          -against-                                 **CONFERENCE ORDER**

**NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID C. BANKS, in his official capacity, and the CITY OF NEW YORK,**

                            *Defendants*.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephone conference in this action on Wednesday, January 8, 2025 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated:    January 3, 2025**
            **New York, New York**           _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**