UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
D.S., INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILD, D.S.1,

              *Plaintiff*,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID C. BANKS, in his official capacity, and the CITY OF NEW YORK,

              *Defendants*.
------------------------------------------------------------------- x

1:24-CV-07137 (ALC)

**ORDER OF ADJOURNMENT**

**ANDREW L. CARTER, JR., District Judge:**

The previously scheduled telephone conference on Wednesday, January 8, 2025 is adjourned. The Clerk of Court is hereby directed to terminate ECF No. 17.

**SO ORDERED.**

**Dated:**    **January 6, 2025**
              **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**