UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
D.S., individually and on behalf of her minor child,     :
D.S.1,                                                    :
                                                         :
                                    Plaintiff,           :       24-cv-07137 (ALC)
                                                         :
              -against-                                  :       ORDER
                                                         :
NEW YORK CITY DEPARTMENT OF                              :
EDUCATION, THE BOARD OF EDUCATION                        :
OF THE CITY SCHOOL DISTRICT OF THE                       :
CITY OF NEW YORK, CHANCELLOR DAVID                       :
C. BANKS, in his official capacity, and the CITY         :
OF NEW YORK,                                             :
                                                         :
                                    Defendant.           :
------------------------------------------------------------------- x
ANDREW L. CARTER, JR., United States District Judge:

    The parties are ORDERED to file a joint status report by **May 8, 2026**, regarding the

status of any related administrative proceedings.

**SO ORDERED.**

**Dated:**     **May 1, 2026**
              **New York, New York**                _____
                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge